IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| SIRIUS SIGNAL, L.L.C., | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO. <u>1:19-CV-02330-BPG</u> |
| WEEMS & PLATH, LLC, | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT REQUEST TO EXTEND INITIAL SCHEDULING ORDER DEADLINES

Plaintiff/Counter-Plaintiff Sirius Signal, L.L.C. ("Sirius"), Defendant/Counter-Plaintiff/Third-Party Plaintiff Weems & Plath, LLC ("W&P"), and third party defendant Anthony Covelli,[1] by their respective undersigned counsel, hereby jointly request that the Court extend all deadlines in the Scheduling Order [D.I. 26] for 30 days, including but not limited to the October 15, 2019 deadline for requests for modification of initial Scheduling Order.

The parties have met and conferred regarding the schedule and are generally in agreement regarding the schedule for this case, but believe it is in the interests of litigation economy to include counsel for Third-Party Defendant Emlinq in scheduling discussions prior to submission of a joint proposed amended scheduling order.

**WHEREFORE**, Sirius Signal, L.L.C., Weems & Plath, LLC and Anthony Covelli respectfully request that the Court extend all deadlines in the Scheduling Order (including the deadline to request modifications to the Scheduling Order) for a period of 30 days.

---

[1] By joining in this request, Anthony Covelli does not waive, and expressly reserves, all rights, including but not limited to the right to challenge personal jurisdiction.

Date: October 10, 2019

/s/ Andrew L. Cole
Andrew L. Cole, Fed. Bar No. 14865
Cole Schotz P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 528-2980
acole@coleschotz.com

*Attorneys for Sirius Signal, L.L.C.
and Anthony Covelli*

/s/ Timothy F. Maloney
Timothy F. Maloney (Fed. Bar ID #03381)
Alyse L. Prawde, Esq. (Fed. Bar ID #14676)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
301/220-2200 (tel.)
tmaloney@jgllaw.com
aprawde@jgllaw.com

Rita C. Chipperson, Esq.*
Lawrence S. Rosenthal*
Chipperson Law Group, P.C.
163 Madison Avenue
Suite 220-40
Morristown, NJ 07960
973/845-9071 (tel.)
rcc@chippersonlaw.com
lr@chippersonlaw.com

*Attorneys for Weems & Plath, LLC*

* *Pro Hac Vice Admission Anticipated*

**IT IS HEREBY ORDERED**, that all deadlines in the Scheduling Order, including but not limited to the deadline to request modification of the Scheduling Order, are extended for a period of 30 days.

Dated: **OCTOBER 11, 2019**

_____
The Honorable Richard D. Bennett
United States District Judge