IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| **SIRIUS SIGNAL, L.L.C.,**<br><br>　　Plaintiff<br><br>v.<br><br>**WEEMS & PLATH, LLC,**<br><br>　　Defendant | Case No. **1:19-cv-02330-RDB** |
| **WEEMS & PLATH, LLC,**<br><br>　　Defendant/Counter-Plaintiff/Third Party Plaintiff,<br><br>v.<br><br>**SIRIUS SIGNAL, L.L.C.,**<br><br>　　Plaintiff/Counter-Defendant<br><br>and<br><br>**ANTHONY COVELLI**<br>6541 Vispera Place<br>Carlsbad, California 92009<br><br>　　**Third Party Defendant,**<br><br>and<br><br>**EMLinQ LLC**<br>**Serve on:**<br>Sandro Aquilina, Resident Agent<br>2125C Madera Road<br>Simi Valley, CA 93065<br><br>　　**Third Party Defendant.** | |

## SECOND JOINT REQUEST TO EXTEND INITIAL SCHEDULING ORDER DEADLINES

Plaintiff/Counter-Defendant Sirius Signal, L.L.C. ("Sirius"), Defendant/Counter-Plaintiff/Third-Party Plaintiff Weems & Plath, LLC ("W&P"), and third party defendant

Anthony Covelli,[1] by their respective undersigned counsel, hereby jointly request that the Court extend all deadlines in the Scheduling Order [D.I. 26], as amended in the Order Granting Motion to Extend Scheduling Order [D.I. 30], for seven (7) days, including but not limited to the November 14, 2019 deadline for requests for modification of initial Scheduling Order.

The parties have met and conferred regarding the schedule and are generally in agreement regarding the schedule for this case, but believe it is in the interests of litigation economy to include counsel for Third-Party Defendant EMLinQ LLC in scheduling discussions prior to submission of a joint proposed amended scheduling order. EMLinq LLC's deadline to file a response to the Third Party Complaint is November 1, 2019.

**WHEREFORE**, Sirius Signal, L.L.C., Weems & Plath, LLC and Anthony Covelli respectfully request that the Court extend all deadlines in the Scheduling Order (including the deadline to request modifications to the Scheduling Order) for a period of seven (7) days.

Date: October 30, 2019

| | |
|---|---|
| /s/ Andrew L. Cole | /s/ Timothy F. Maloney |
| Andrew L. Cole, Fed. Bar No. 14865 | Timothy F. Maloney (Fed. Bar ID #03381) |
| Cole Schotz P.C. | Alyse L. Prawde, Esq. (Fed. Bar ID #14676) |
| 300 E. Lombard Street, Suite 1450 | Joseph, Greenwald & Laake, P.A. |
| Baltimore, MD 21202 | 6404 Ivy Lane, Suite 400 |
| (410) 528-2980 | Greenbelt, MD 20770 |
| acole@coleschotz.com | 301/220-2200 (tel.) |
| | tmaloney@jgllaw.com |
| *Attorneys for Sirius Signal, L.L.C. and Anthony Covelli* | aprawde@jgllaw.com |
| | Rita C. Chipperson, Esq.* |
| | Lawrence S. Rosenthal* |
| | Chipperson Law Group, P.C. |
| | 163 Madison Avenue |
| | Suite 220-40 |
| | Morristown, NJ 07960 |

---

[1] By joining in this request, Anthony Covelli does not waive, and expressly reserves, all rights, including but not limited to the right to challenge personal jurisdiction.

973/845-9071 (tel.)
rcc@chippersonlaw.com
lr@chippersonlaw.com

*Attorneys for Weems & Plath, LLC*

\* *Pro Hac Vice Admission Anticipated*

**IT IS HEREBY ORDERED**, that all deadlines in the Scheduling Order, as previously amended, including but not limited to the deadline to request modification of the Scheduling Order, are extended for a period of seven (7) days.

Dated: OCTOBER 31, 2019

_____
The Honorable Richard D. Bennett
United States District Judge

3