IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| SIRIUS SIGNAL, L.L.C.,<br><br>   Plaintiff<br><br>v.<br><br>WEEMS & PLATH, LLC,<br><br>   Defendant | Case No. 1:19-cv-02330-RDB |
| WEEMS & PLATH, LLC,<br><br>   Defendant/Counter-Plaintiff/Third Party Plaintiff,<br><br>v.<br><br>SIRIUS SIGNAL, L.L.C.,<br><br>   Plaintiff/Counter-Defendant<br><br>and<br><br>ANTHONY COVELLI<br>6541 Vispera Place<br>Carlsbad, California 92009<br><br>   Third Party Defendant,<br><br>and<br><br>EMLinQ LLC<br>Serve on:<br>Sandro Aquilina, Resident Agent<br>2125C Madera Road<br>Simi Valley, CA 93065<br><br>   **Third Party Defendant.** | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND DEADLINES**

Upon consideration of Defendant/Counter-Plaintiff/Third Party Plaintiff Weems & Plath, LLC's CONSENT MOTION TO EXTEND DEADLINES, the Court finding there is good cause, it is this １ˢᵗ day of November, 2019:

ORDERED that the CONSENT MOTION TO EXTEND DEADLINES is GRANTED; and it is hereby further

ORDERED that Defendant/Counter-Plaintiff/Third Party Plaintiff Weems & Plath, LLC's amended Answer, Affirmative Defenses, Counter-Complaint, and Third Party Complaint is due on or before November 15, 2019;

ORDERED that Defendant/Counter-Plaintiff/Third Party Plaintiff Weems & Plath, LLC's response to Third Party Defendant Anthony Covelli's Motion to Dismiss Or Strike Third-Party Complaint for Lack of Personal Jurisdiction, Improper Joinder and Failure to State a Claim (ECF 32) is due on or before November 15, 2019;

ORDERED that Defendant/Counter-Plaintiff/Third Party Plaintiff Weems & Plath, LLC's response to Counter-Defendant Sirius Signal, L.L.C.'s Motion to Dismiss Counterclaim for Failure to State a Claim (ECF 31) is due on or before November 15, 2019;

_____
**HON. RICHARD D. BENNETT**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**