FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 NOV 18 PM 3:50
CLERK'S OFFICE
AT BALTIMORE
BY_________DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

**SIRIUS SIGNAL, L.L.C.,**

**Plaintiff**

**v.**

**WEEMS & PLATH, LLC,**

**Defendant**

**WEEMS & PLATH, LLC,**

**Defendant/Counter-Plaintiff/Third Party Plaintiff,**

**v.**

**SIRIUS SIGNAL, L.L.C.,**

**Plaintiff/Counter-Defendant**

and

**ANTHONY COVELLI**
6541 Vispera Place
Carlsbad, California 92009

**Third Party Defendant,**

and

**EMLinQ LLC**
Sandro Aquilina, Resident Agent
2125C Madera Road
Simi Valley, CA 93065

**Third Party Defendant.**

**Case No. 1:19-cv-02330-RDB**

## THIRD JOINT REQUEST TO EXTEND INITIAL SCHEDULING ORDER DEADLINES

Plaintiff/Counter-Defendant Sirius Signal, L.L.C. ("Sirius"), Defendant/Counter-Plaintiff/Third-Party Plaintiff Weems & Plath, LLC ("W&P"), and third party defendants Anthony

Covelli[1] ("Covelli") and EMLinQ LLC ("EMLinQ") by their respective undersigned counsel, hereby jointly request that the Court extend all deadlines in the Scheduling Order [D.I. 26], as amended in the Order Granting Motion to Extend Scheduling Order [D.I. 30] and the Second Joint Request to Extend Initial Scheduling Order Deadlines [D.I. 35], for an additional fifteen (15) days, including but not limited to the existing November 21, 2019 deadline for requests for modification of initial Scheduling Order.

The parties, other than EMLinQ, have met and conferred regarding the schedule and are generally in agreement regarding the schedule for this case, but believe it is in the interest of economy to hold scheduling discussions after the parties have had a chance to review Weems & Plath's amended Counter-Complaint and Third Party Complaint or its oppositions to the motions to dismiss filed by Sirius [D.I. 31], Covelli [D.I. 32], and EMLinQ [D.I. 36], all of which will be due on November 29, 2019 if the concurrently filed motion to extend the deadlines for same is granted. EMLinQ has also agreed to the proposed extensions of the scheduling deadlines.

**WHEREFORE**, Sirius Signal, L.L.C., Weems & Plath, LLC, Anthony Covelli, and EMLinQ LLC respectfully request that the Court extend all deadlines in the Scheduling Order (including the deadline to request modifications to the Scheduling Order) for a period of an additional fifteen (15) days.

Date: November 15, 2019

---

[1] By joining in this request, Anthony Covelli and EMLinQ do not waive, and expressly reserves, all rights, including but not limited to the right to challenge personal jurisdiction.

/s/ Andrew L. Cole
Andrew L. Cole (Fed. Bar ID #14865)
Cole Schotz P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 528-2980
acole@coleschotz.com

Attorneys for Sirius Signal, L.L.C. and Anthony Covelli

/s/ Timothy F. Maloney
Timothy F. Maloney (Fed. Bar ID #03381)
Alyse L. Prawde, Esq. (Fed. Bar ID #14676)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
301/220-2200 (tel.)
tmaloney@jgllaw.com
aprawde@jgllaw.com

Attorneys for Weems & Plath, LLC

/s/ N. Tucker Meneely
James P. Nolan, Fed. Bar No. 00803
N. Tucker Meneely, Fed. Bar No. 29622
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, Fourth Floor
Annapolis, Maryland 21401
T: (410) 268-6600
nolan@CouncilBaradel.com
Meneely@CouncilBaradel.com

Attorneys for EMLinQ LLC

/s/ Rita C. Chipperson
Rita C. Chipperson, Esq.
Kevin M. Curran, Esq.
Chipperson Law Group, P.C.
163 Madison Avenue
Suite 220-40
Morristown, NJ 07960
T: 973-845-9071
rcc@chippersonlaw.com
kmc@chippersonlaw.com

Attorneys for Weems & Plath, LLC

**IT IS HEREBY ORDERED**, that all deadlines in the Scheduling Order, as previously amended, including but not limited to the deadline to request modification of the Scheduling Order, are extended for a period of fifteen (15) days.

Dated: November 18, 2019

[signature]
The Honorable Richard D. Bennett
United States District Judge