IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| **SIRIUS SIGNAL, L.L.C.,**<br><br>　　Plaintiff<br><br>v.<br><br>**WEEMS & PLATH, LLC,**<br><br>　　Defendant | Case No. 1:19-cv-02330-RDB |
| **WEEMS & PLATH, LLC,**<br><br>　　Defendant/Counter-Plaintiff/Third Party Plaintiff,<br><br>v.<br><br>**SIRIUS SIGNAL, L.L.C.,**<br><br>　　Plaintiff/Counter-Defendant<br><br>and<br><br>**ANTHONY COVELLI**<br>6541 Vispera Place<br>Carlsbad, California 92009<br><br>　　Third Party Defendant,<br><br>and<br><br>**EMLinQ LLC**<br>Sandro Aquilina, Resident Agent<br>2125C Madera Road<br>Simi Valley, CA 93065<br><br>　　Third Party Defendant. | |

## FOURTH JOINT REQUEST TO EXTEND INITIAL SCHEDULING ORDER DEADLINES

Plaintiff/Counter-Defendant Sirius Signal, L.L.C. ("Sirius"), Defendant/Counter-Plaintiff/Third-Party Plaintiff Weems & Plath, LLC ("W&P"), and third party defendants Anthony

Covelli[1] ("Covelli") and EMLinQ LLC ("EMLinQ") by their respective undersigned counsel, hereby jointly request that the Court extend all deadlines in the Scheduling Order [D.I. 26], as amended in the Order Granting Motion to Extend Scheduling Order [D.I. 30] and the Second Joint Request to Extend Initial Scheduling Order Deadlines [D.I. 35], for an additional forty-seven (47) days, including but not limited to the existing December 6, 2019 deadline for requests for modification of initial Scheduling Order.

The parties, other than EMLinQ, have met and conferred regarding the schedule and are generally in agreement regarding the schedule for this case, but believe it is in the interest of economy to hold scheduling discussions after the parties have had a chance to review Weems & Plath's amended Counter-Complaint and Third Party Complaint and its oppositions to the motions to dismiss filed by Sirius [D.I. 31] and Covelli [D.I. 32], all of which will be due on January 10, 2020 if the concurrently filed motion to extend the deadlines for same is granted. EMLinQ has also agreed to the proposed extensions of the scheduling deadlines and understands that the amended Third-Party Complaint will remove EmLinQ as a party to this litigation.

**WHEREFORE**, Sirius Signal, L.L.C., Weems & Plath, LLC, Anthony Covelli, and EMLinQ LLC respectfully request that the Court extend all deadlines in the Scheduling Order (including the deadline to request modifications to the Scheduling Order) for a period of an additional forty-seven (47) days.

Date: November 29, 2019

---

[1] By joining in this request, Anthony Covelli and EMLinQ do not waive, and expressly reserves, all rights, including but not limited to the right to challenge personal jurisdiction.

| | |
|---|---|
| /s/ Andrew L. Cole<br>Andrew L. Cole (Fed. Bar ID #14865)<br>Cole Schotz P.C.<br>300 E. Lombard Street, Suite 1450<br>Baltimore, MD 21202<br>(410) 528-2980<br>acole@coleschotz.com<br><br>*Attorneys for Sirius Signal, L.L.C.<br>and Anthony Covelli* | /s/ Timothy F. Maloney<br>Timothy F. Maloney (Fed. Bar ID #03381)<br>Alyse L. Prawde, Esq. (Fed. Bar ID #14676)<br>Joseph, Greenwald & Lake, P.A.<br>6404 Ivy Lane, Suite 400<br>Greenbelt, MD 20770<br>301/220-2200 (tel.)<br>tmaloney@jgllaw.com<br>aprawde@jgllaw.com<br><br>*Attorneys for Weems & Plath, LLC* |
| /s/ N. Tucker Meneely<br>James P. Nolan, Fed. Bar No. 00803<br>N. Tucker Meneely, Fed. Bar No. 29622<br>Council, Baradel, Kosmerl & Nolan, P.A.<br>125 West Street, Fourth Floor<br>Annapolis, Maryland 21401<br>T: (410) 268-6600<br>nolan@CouncilBaradel.com<br>Meneely@CouncilBaradel.com<br><br>*Attorneys for EMLinQ LLC* | /s/ Rita C. Chipperson<br>Rita C. Chipperson, Esq.<br>Kevin M. Curran, Esq.<br>Chipperson Law Group, P.C.<br>163 Madison Avenue<br>Suite 220-40<br>Morristown, NJ 07960<br>T: 973-845-9071<br>rcc@chippersonlaw.com<br>kmc@chippersonlaw.com<br><br>*Attorneys for Weems & Plath, LLC* |

**IT IS HEREBY ORDERED**, that all deadlines in the Scheduling Order, as previously amended, including but not limited to the deadline to request modification of the Scheduling Order, are extended for a period of forty-seven (47) days.

Dated: Dec. 2, 2019

The Honorable Richard D. Bennett
United States District Judge