IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| SIRIUS SIGNAL, L.L.C.,<br><br>　　Plaintiff<br><br>v.<br><br>WEEMS & PLATH, LLC,<br><br>　　Defendant | Case No. 1:19-cv-02330-RDB |
| WEEMS & PLATH, LLC,<br><br>　　Defendant/Counter-Plaintiff/Third Party Plaintiff,<br><br>v.<br><br>SIRIUS SIGNAL, L.L.C.,<br><br>　　Plaintiff/Counter-Defendant<br><br>and<br><br>ANTHONY COVELLI<br><br>　　Third Party Defendant. | |

### SIXTH JOINT REQUEST TO EXTEND INITIAL SCHEDULING ORDER DEADLINES AND REQUEST TO EXTEND RESPONSE DEADLINES FOR COMPLAINT, COUNTERCLAIM AND THIRD-PARTY CLAIM

Plaintiff/Counter-Defendant Sirius Signal, L.L.C. ("Sirius"), Defendant/Counter-Plaintiff/Third-Party Plaintiff Weems & Plath, LLC ("W&P"), and third party defendant Anthony Covelli[1] ("Covelli") by their respective undersigned counsel, hereby jointly request that the Court extend all deadlines in the Scheduling Order [D.I. 26], as amended, for an additional twenty-one

---

[1] By joining in this request, Anthony Covelli does not waive, and expressly reserves, all rights, including but not limited to the right to challenge personal jurisdiction.

(21) days, including but not limited to the existing February 28, 2020 deadline for requests for modification of initial Scheduling Order.

The parties previously met and conferred regarding the schedule prior to the filing of each party's amended pleadings, however given that the parties are scheduled to meet on February 11, 2020 to discuss potential settlement options, the parties agree that it is in the best interest of the Court and all parties to extend all deadlines until settlement discussions conclude.

The parties also request that their respective deadlines to respond to the other's amended pleadings be extended by 21 days from the current deadline.

**WHEREFORE,** Sirius Signal, L.L.C., Weems & Plath, LLC and Anthony Covelli respectfully request that the Court extend all deadlines in the Scheduling Order, as amended (including the deadline to request modifications to the Scheduling Order) for a period of an additional twenty-one (21) days; and request that the deadline for Weems & Plath, LLC to respond to the Amended Complaint filed by Sirius Signal, L.L.C. be extended through and including March 5, 2020, and that the deadline for Sirius Signal, L.L.C. and Anthony Covelli to respond to the Amended Counterclaim and Amended Third-Party Claim, respectively, be extended through and including March 9, 2020.

Date: February 10, 2020


/s/ Andrew L. Cole
Andrew L. Cole (Fed. Bar ID #14865)
Cole Schotz P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 528-2980
acole@coleschotz.com

*Attorneys for Sirius Signal, L.L.C.
and Anthony Covelli*

/s/ Timothy F. Maloney
Timothy F. Maloney (Fed. Bar ID #03381)
Alyse L. Prawde, Esq. (Fed. Bar ID #14676)
Joseph, Greenwald & Lake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
301/220-2200 (tel.)
tmaloney@jgllaw.com
aprawde@jgllaw.com

*Attorneys for Weems & Plath, LLC*

/s/ Rita C. Chipperson
Rita C. Chipperson, Esq.
Kevin M. Curran, Esq.
Chipperson Law Group, P.C.
163 Madison Avenue
Suite 220-40
Morristown, NJ 07960
T: 973-845-9071
rcc@chippersonlaw.com
kmc@chippersonlaw.com

*Attorneys for Weems & Plath, LLC*

**IT IS HEREBY ORDERED**, that all deadlines in the Scheduling Order, as previously amended, including but not limited to the deadline to request modification of the Scheduling Order, are extended for a period of twenty-one (21) days, and that the deadline for each party to respond to the amended pleading asserted against it is extended for a period of 21 days, through and including the dates set forth above.

Dated: *February 11, 2020*

*/s/ Richard D. Bennett*
The Honorable Richard D. Bennett
United States District Judge