IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| SIRIUS SIGNAL, L.L.C.,<br><br>    Plaintiff<br><br>v.<br><br>WEEMS & PLATH, LLC,<br><br>    Defendant | Case No. 1:19-cv-02330-RDB |
| WEEMS & PLATH, LLC,<br><br>    Defendant/Counter-Plaintiff/Third Party Plaintiff,<br><br>v.<br><br>SIRIUS SIGNAL, L.L.C.,<br><br>    Plaintiff/Counter-Defendant<br><br>and<br><br>ANTHONY COVELLI<br><br>    Third Party Defendant. | |

**SEVENTH JOINT REQUEST TO EXTEND INITIAL SCHEDULING ORDER DEADLINES
AND REQUEST TO EXTEND RESPONSE DEADLINES FOR COMPLAINT,
COUNTERCLAIM AND THIRD-PARTY CLAIM**

Plaintiff/Counter-Defendant Sirius Signal, L.L.C. ("Sirius"), Defendant/Counter-Plaintiff/Third-Party Plaintiff Weems & Plath, LLC ("W&P"), and third party defendant Anthony Covelli[1] ("Covelli") by their respective undersigned counsel, hereby jointly request that the Court extend all deadlines in the Scheduling Order [D.I. 26], as amended, for an additional thirty-nine (39) days, including but not limited to the existing March 20, 2020 deadline for requests for

---

[1] By joining in this request, Anthony Covelli does not waive, and expressly reserves, all rights, including but not limited to the right to challenge personal jurisdiction.

modification of initial Scheduling Order such that the first set of Scheduling Order deadlines would fall on April 28, 2020.

The parties previously met and conferred regarding the schedule prior to the filing of each party's amended pleadings, however given that the parties are involved in settlement discussions which may eliminate or reduce the counts alleged in the present action, the parties agree that it is in the best interest of the Court and all parties to extend all deadlines until settlement discussions conclude.

The parties also request that their respective deadlines to respond to the other's amended pleadings and the Covelli motion to dismiss be extended by forty-two (42) days from the current deadlines such that the response to Covelli's Motion to Dismiss shall be due on April 14, 2020, the response to Sirius's First Amended Complaint shall be due on April 16, 2020, and the response to W&P's First Amended Counter-Complaint and First Amended Third-Party Complaint against Covelli shall be due on April 20, 2020.

**WHEREFORE**, Sirius Signal, L.L.C., Weems & Plath, LLC and Anthony Covelli respectfully request that the Court extend all deadlines in the Scheduling Order, as amended (including the deadline to request modifications to the Scheduling Order) for a period of an additional thirty-nine (39) days; and request that the deadline for Weems & Plath, LLC to respond to the Motion to Dismiss filed by Covelli be extended through and including April 14, 2020, the deadline for Weems & Plath, LLC to respond to the Amended Complaint filed by Sirius Signal, L.L.C. be extended through and including April 16, 2020, and that the deadline for Sirius Signal, L.L.C. and Anthony Covelli to respond to the W&P's First Amended Counter-Complaint and First Amended Third-Party Complaint against Covelli, respectively, be extended through and including April 20, 2020.

Date: March 2, 2020

/s/ Andrew L. Cole
Andrew L. Cole (Fed. Bar ID #14865)
Cole Schotz P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 528-2980
acole@coleschotz.com

*Attorneys for Sirius Signal, L.L.C.
and Anthony Covelli*

/s/ Timothy F. Maloney
Timothy F. Maloney (Fed. Bar ID #03381)
Alyse L. Prawde, Esq. (Fed. Bar ID #14676)
Joseph, Greenwald & Lake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
301/220-2200 (tel.)
tmaloney@jgllaw.com
aprawde@jgllaw.com

*Attorneys for Weems & Plath, LLC*

/s/ Rita C. Chipperson
Rita C. Chipperson, Esq.
Kevin M. Curran, Esq.
Chipperson Law Group, P.C.
163 Madison Avenue
Suite 220-40
Morristown, NJ 07960
T: 973-845-9071
rcc@chippersonlaw.com
kmc@chippersonlaw.com

*Attorneys for Weems & Plath, LLC*

IT IS HEREBY ORDERED, that all deadlines in the Scheduling Order, as previously amended, including but not limited to the deadline to request modification of the Scheduling Order, are extended for a period of thirty-nine (39) days, and that the deadline for each party to respond to the amended pleading and motion to dismiss asserted against it is extended for a period of forty-two (42) days, through and including the dates set forth above.

Dated: **March 3, 2020**

_____
The Honorable Richard D. Bennett
United States District Judge