IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| SIRIUS SIGNAL, L.L.C., | * | |
|     PLAINTIFF/COUNTER-DEFENDANT, | * | |
| v. | * | CASE NO. **1:19-CV-02330-RDB** |
| WEEMS & PLATH, LLC, | * | ("FIRST FILED ACTION") |
|     DEFENDANT/COUNTER-PLAINTIFF. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| WEEMS & PLATH, LLC, | * | |
|     THIRD-PARTY PLAINTIFF, | * | |
| v. | * | |
| ANTHONY COVELLI, | * | |
|     THIRD-PARTY DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| WEEMS & PLATH, LLC, | * | |
|     PLAINTIFF, | * | |
| v. | * | CASE NO. **8:20-CV-00995-RDB** |
| SIRIUS SIGNAL, L.L.C. *et al.*, | * | ("SECOND FILED ACTION") |
|     DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING MOTION TO CONSOLIDATE

Having read and considered the *Motion to Consolidate and Incorporated Memorandum of Law* (the "Motion") filed by Sirius Signal, L.L.C., Action Anthony Covelli, Robert Simons, Jr., EMLinQ LLC ("EMLinQ"), Scott Mele and TekTite Industries, Inc. seeking to consolidate the

captioned cases, the Court having found that the cases involve common questions of law and fact, and the relief requested otherwise appearing appropriate under the circumstances, it is hereby:

**ORDERED**, that the Motion is Granted; and it is further

**ORDERED**, that the captioned actions are consolidated for all purposes and shall proceed under Case No. 1:19-cv-02330-RDB; and it is further

**ORDERED,** that Weems & Plath, LLC shall file a single amended pleading docketed in Case No. 1:19-cv-02330-RDB, denominated as a "counterclaim," in which Weems & Plath, LLC shall assert all claims it wishes to assert in either of the consolidated actions against any of the other parties to the consolidated proceeding, which amended counterclaim will amend and replace all pending pleadings filed by Weems & Plath, LLC asserting affirmative claims for relief against any of the other parties to the consolidated action.

Dated: 5/4/2020

/s/
Richard D. Bennet, United States District Judge

cc:

Andrew L. Cole, Esq.
Cole Schotz P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202

Timothy F. Maloney, Esq.
Alyse L. Prawde, Esq.
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Rita C. Chipperson, Esq. (admitted pro hac vice)
Kevin M. Curran, Esq. (admitted pro hac vice)
Chipperson Law Group, P.C.
163 Madison Avenue
Suite 220-40
Morristown, NJ 07960