**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)**

| | | |
|---|---|---|
| **SIRIUS SIGNAL, L.L.C.,** | * | |
|     **PLAINTIFF/COUNTER-DEFENDANT,** | * | |
| **V.** | * | **CASE NO. 1:19-CV-02330-RDB** |
| **WEEMS & PLATH, LLC,** | * | |
|     **DEFENDANT/COUNTER-PLAINTIFF.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **WEEMS & PLATH, LLC,** | * | |
|     **COUNTER-PLAINTIFF,** | * | |
| **V.** | * | |
| **ANTHONY COVELLI *et al.*,** | * | |
|     **COUNTER-DEFENDANTS.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION TO EXTEND DEADLINE TO
RESPOND TO AMENDED COUNTERCLAIM**

Having read and considered the *Motion to Extend Deadline to Respond to Amended Counterclalim* (the "Motion") filed by Sirius Signal, L.L.C., Action Anthony Covelli, Robert Simons, Jr., EMLinQ LLC ("EMLinQ"), Scott Mele and TekTite Industries, Inc. seeking a 30 day extension of their deadline to respond to the Amended Counterclaim, having shown good cause, and the relief requested otherwise appearing appropriate under the circumstances, it is hereby:

**ORDERED**, that the Motion is Granted; and it is further

2

  **ORDERED**, that the moving parties' deadline to file a response, whether by answer, motion to dismiss, or otherwise, to the Amended Counterclaim filed by Counter-Plaintiff Weems & Plath, LLC is hereby extended through and including July 13, 2020.

Dated: 6/9/2020

/s/
Richard D. Bennet, United States District Judge

cc:

Andrew L. Cole, Esq.
Cole Schotz P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202

J. Stephen Simms, Esq.
Christopher J. Lyon, Esq.
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, MD 21030

Rita C. Chipperson, Esq. (admitted pro hac vice)
Kevin M. Curran, Esq. (admitted pro hac vice)
Chipperson Law Group, P.C.
163 Madison Avenue
Suite 220-40
Morristown, NJ 07960

60005/0001-20596417v1