IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| SIRIUS SIGNAL, L.L.C., | * | |
|     PLAINTIFF, | * | |
| V. | * | CASE NO. **1:19-CV-02330-RDB** |
| WEEMS & PLATH, LLC, | * | |
|     DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| WEEMS & PLATH, LLC, | * |
|     COUNTER-PLAINTIFF, | * |
| V. | * |
| ANTHONY COVELLI *et al.*, | * |
|     COUNTER-DEFENDANTS. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Cynthia E. Rodgers-Waire as additional counsel for the Counter-Defendant Sirius Signal, L.L.C., in the above-entitled case.

      /s/  *Cynthia E. Rodgers-Waire*
Cynthia E. Rodgers-Waire
Federal Bar No. 22279
Wright, Constable & Skeen, LLP
7 Saint Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone:  (410) 659-1310
Fax:  (410) 659-1350
crodgers-waire@wcslaw.com
Attorney for Sirius Signal, L.L.C

{00414664v. (17272.00003)}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2020, copies of the foregoing Notice of Entry of Appearance were served via this Court's ECF filing system upon:

> J. Stephen Simms, Esquire
> Christopher J. Lyon, Esquire
> Summs Showers, LLP
> 201 International Circle, Suite 250
> Cockeysville, Maryland 21030
> Attorneys for Weems & Plath

> Andrew L. Cole, Esquire
> Cole Schotz, P.C.
> 300 East Lombard Street, Suite 1450
> Baltimore, MD 21202
> Attorneys for Sirius Signal, LLC, Anthony Covelli,
> Robert Simons, Jr., EMLinQ, LLC, Scott Mele and Tektite Industries, Inc.

and *via* email upon:

> Rita C. Chipperson, Esq. (admitted pro hac vice)
> Kevin M. Curran, Esq. (admitted pro hac vice)
> Chipperson Law Group, P.C.
> 163 Madison Avenue
> Suite 220-40
> Morristown, NJ 07960
> rcc@chippersonlaw.com
> kmc@chippersonlaw.com

                                              /s/  *Cynthia E. Rodgers-Waire*
                                                Cynthia E. Rodgers-Waire