**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)**

| | | |
|---|---|---|
| **SIRIUS SIGNAL, L.L.C.,** | * | |
|     **PLAINTIFF,** | * | |
| **V.** | * | **CASE NO. 1:19-CV-02330-RDB** |
| **WEEMS & PLATH, LLC,** | * | |
|     **DEFENDANT.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **WEEMS & PLATH, LLC,** | * |
|     **COUNTER-PLAINTIFF,** | * |
| **V.** | * |
| **ANTHONY COVELLI *et al.*,** | * |
|     **COUNTER-DEFENDANTS.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**COUNTER-DEFENDANTS' MOTION TO SEAL AMENDED ANSWER TO COUNTERCLAIM**

Counter-Defendants Sirius Signal, L.L.C. ("Sirius"), Anthony Covelli ("Covelli"), Robert Simons, Jr. ("Simons"), EMLinQ LLC ("EMLinQ"), Scott Mele ("Mele") and Tektite Industries, Inc. ("Tektite," and collectively with the other counter-defendants the "Counter-Defendants"), by counsel and pursuant to Local Rule 105.11, file this motion to seal the Counter-Defendants' Amended Answer to Counterclaim (the "Amended Answer") [D.I. 154], and for cause, state as follows:

    1.    Counterclaim-Plaintiff Weems & Plath, LLC ("W&P") filed its amended Counterclaim [D.I. 78] under seal to protect documents provided in discovery and marked as confidential pursuant to the confidentiality order entered at D.I. 58.

2. Counter-Defendants have reproduced the allegations in the Counterclaim in their Amended Answer for ease of reference, and seek leave to file the Amended Answer under seal for the same reasons stated by W&P in its motion seeking to seal the Counterclaim [D.I. 77], which is incorporated as though fully set forth herein.

**WHEREFORE**, Counter-Defendants respectfully request that the Court enter an Order:

a. Granting leave to file their Amended Answer under seal; and

b. Granting such other and further relief as is appropriate.

Date:  June 7, 2021

    /s/ Andrew L. Cole
Andrew L. Cole, Fed. Bar No. 14865
Cole Schotz P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 528-2980
acole@coleschotz.com

*Attorneys for Counter-Defendants*

**APPROVED AND ORDERED** this ___ day of _____, 2021.

_____
Richard D. Bennett
United States District Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 7th day of June, 2021, a copy of the foregoing, together with all exhibits and attachments, was served *via* CM/ECF upon all registered users who have entered an appearance in this action, including:

> J. Stephen Simms, Esq.
> Christopher J. Lyon, Esq.
> Simms Showers LLP
> 201 International Circle, Suite 250
> Baltimore, MD 21030
>
> Rita C. Chipperson, Esq. (admitted pro hac vice)
> Kevin M. Curran, Esq. (admitted pro hac vice)
> Chipperson Law Group, P.C.
> 163 Madison Avenue
> Suite 220-40
> Morristown, NJ 07960
> rcc@chippersonlaw.com
> kmc@chippersonlaw.com

           /s/ Andrew L. Cole
           Andrew L. Cole