IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| SIRIUS SIGNAL, L.L.C., | * | |
| PLAINTIFF, | * | |
| v. | * | CASE NO. **1:19-CV-02330-RDB** |
| WEEMS & PLATH, LLC, | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| WEEMS & PLATH, LLC, | * |
| COUNTER-PLAINTIFF, | * |
| v. | * |
| ANTHONY COVELLI *et al.*, | * |
| COUNTER-DEFENDANTS. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**TWELFTH JOINT REQUEST TO PRETRIAL EXTEND DEADLINES**

The parties, by their respective undersigned counsel, hereby jointly request that the Court extend all deadlines in the Marginal Order dated March 22, 2021 [Dkt. No. 151] for an additional ninety (90) days beginning with the existing July 26, 2021 deadline by which parties must complete fact discovery. The revised schedule would be as follows:

| | |
|---|---|
| October 25, 2021 | Fact discovery deadline; submission of status report |
| December 20, 2021 | Opening Rule 26(a)(2) disclosures for all parties on issues on which that party bears the burden of proof |
| January 17, 2022 | Rebuttal Rule 26(a)(2) disclosures for all parties |
| March 21, 2022 | Expert discovery deadline; submission of status report |

April 11, 2022        Requests for admission

May 31, 2022         Dispositive pretrial motions deadline

This request is made to accommodate the parties desire to work together and ensure that each party has sufficient time to review and produce discovery and resolve minor discovery disputes without involving the Court. Counsel also requires the additional time requested due to the additional difficulties of managing the litigation as a result of COVID-19.

**WHEREFORE**, Weems & Plath, LLC, Sirius Signal, L.L.C., Anthony Covelli, Robert Simons, EMLinQ, LLC, Tektite, Inc., and Scott Mele respectfully request that the Court extend all deadlines in the Scheduling Order, as previously amended, for a period of ninety (90) days, and that the new schedule shall include the dates set forth above.

Date: June 30, 2021

*/s/ Andrew L. Cole*
Andrew L. Cole (Fed. Bar ID #14865)
Cole Schotz P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 528-2980 / acole@coleschotz.com

*/s/ J. Stephen Simms*          (Signed by Andrew L. Cole with permission of J. Stephen Simms)
J. Stephen Simms (#4269)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
410-783-5795
410-510-1789 (fax)
jssimms@simmsshowers.com
*Attorneys for Defendant/ Counter-Plaintiff, Weems & Plath, LLC*

**IT IS HEREBY ORDERED**, that all deadlines in the Marginal Order, which amended the pretrial discovery schedule entered in this action, are extended as requested herein, and the new schedule shall include the dates set forth above.

Dated:   7/2/2021                              /s/
                                               The Honorable Richard D. Bennett, U.S.D.J.

2