IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Sirius Signal, L.L.C., *et al.*, | * | |
| Plaintiff/Counter-Defendants, | * | Case Nos. 1:19-CV-02330-RDB |
| | | 8:20-CV-995-RDB |
| v. | * | (Consolidated) |
| Weems & Plath, LLC | * | |
| Defendant/Counter-Plaintiff. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO EXTEND INTERIM DEADLINES

This motion is made to allow Michael Cukor to withdraw from representing Weems & Plath, and to permit other counsel to enter as Weems & Plath counsel. This request does not adjust the deadlines for the close of expert discovery, requests for admissions, or dispositive motions.

Plaintiff Sirius and counter-defendants do not oppose this motion.

WHEREAS, Michael Cukor, Counsel for Defendant/Counter-Plaintiff Weems & Plath, LLC, will be seeking leave to withdraw as counsel for Defendant/Counter-Plaintiff due to personal reasons; and

WHEREAS, Michael Cukor, has been the attorney that was planning to conduct the depositions and conduct the trial; and

WHEREAS, Weems & Plath, LLC seeks time to obtain replacement counsel for Mr. Cukor and to permit replacement counsel to get up to speed with this case prior to the close of fact discovery; and

WHEREAS, the current deadlines are as identified below; and

WHEREAS, Michael Cukor, has discussed this issue with all parties and all parties are willing to consent as follows:

WHEREAS, based on Weems & Plath, LLC's agreement that Mr.Cukor will file his motion to withdraw within 28 days of the date of filing of this motion Plaintiffs and Counter-Defendants do not oppose the relief sought herein;

NOW THEREFORE, Defendant Weems & Plath, LLC moves the Court to grant a limited extension of the following case deadlines:

| **Current Date**: | **Proposed New Date**: | **Event**: |
|---|---|---|
| October 25, 2021 | January 14, 2022 | Fact discovery deadline; submission of status report |
| December 20, 2021 | February 1, 2022 | Opening Rule 26(a)(2) disclosures for all parties on issues on which that party bears the burden of proof |
| January 17, 2022 | March 1, 2022 | Rebuttal Rule 26(a)(2) disclosures for all parties |

The following deadlines are to remain unchanged:

| | | |
|---|---|---|
| March 21, 2022 | March 21, 2022 | Expert discovery deadline; submission of status report |
| April 11, 2022 | April 11, 2022 | Requests for admission |
| May 31, 2022 | May 31, 2022 | Dispositive pretrial motions deadline |

Date:  September 30, 2021

Respectfully Submitted,

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
410-783-5795
410-510-1789 (fax)
jssimms@simmsshowers.com

| | |
|---|---|
| Rita C. Chipperson (*pro hac vice*) | Michael Cukor (*pro hac vice*) |
| Kevin M Curran (*pro hac vice*) | McGeary Cukor |
| Chipperson Law Group, P.C. | 7 Dumont Place |
| 163 Madison Avenue | Morristown, NJ 07960 |
| Suite 220-40 | T: 973-339-7367 |
| Morristown, NJ 07960 | Fax: 973-200-4845 |
| T: 973-845-9071 | mcukor@mcgearycukor.com |
| Fax: 973-845-1676 | |
| rcc@chippersonlaw.com | |

Attorneys for Weems & Plath, LLC

APPROVED AND SO ORDERED this ___ day of _____, 2021.

_____
Richard D. Bennett
United States District Judge