**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**Chambers of**　　　　　　　　　　　　　　　　　　　　U.S.Courthouse - Chambers 5D
**Richard D. Bennett**　　　　　　　　　　　　　　　　101 W. Lombard Street
**United States District Judge**　　　　　　　　　　Baltimore, MD 21201
**Northern Division**　　　　　　　　　　　　　　　　　Tel:  410-962-3190
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 410-962-3177

May 3, 2022

**LETTER ORDER**

TO COUNSEL OF RECORD

　　RE:　Sirius Signal, LLC v. Weems & Plath, LLC
　　　　　Civil No. RDB-19-2330

Dear Counsel:

　　This will confirm the telephone conference with counsel today in the above-captioned case.  The Scheduling order has been revised as follows:

| | |
|---|---|
| **Motions Hearing** | July 14, 2022 at 10:30 a.m. |
| **Pretrial Conference** | September 7, 2022 at 10:30 |
| **Jury Trial** | September 12, 2022 at 9:30 a.m. |

　　Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

　　　　　　　　　　Sincerely,

　　　　　　　　　　 /s/
　　　　　　　　　　Richard D. Bennett
　　　　　　　　　　United States District Judge#