IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| SIRIUS SIGNAL, L.L.C., | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO. **1:19-CV-02330-RDB** |
| WEEMS & PLATH, LLC, | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| WEEMS & PLATH, LLC, | * | |
| COUNTER-PLAINTIFF, | * | |
| V. | * | |
| ANTHONY COVELLI *et al.*, | * | |
| COUNTER-DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF/COUNTER-DEFENDANT SIRIUS SIGNAL, L.L.C.'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY BY WEEMS & PLATH, LLC'S EXPERT WITNESSES JESSICA ELLIS AND ROBERT PERUZZI**

Plaintiff/Counter-Defendant Sirius Signal, L.L.C. and Counter-Defendants Anthony Covelli, Robert Simons, Jr., TekTite Industries, Inc., Scott Mele, and EMLinQ LLC, by undersigned counsel and pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.* and Federal Rule of Evidence 702, move to preclude the expert testimony by Weems & Plath, LLC's ("W&P") two experts (Jessica Ellis and Dr. Robert Peruzzi) who offer opinions pertaining to W&P's inequitable conduct declaratory judgment counterclaim and strike their expert reports. The grounds for this motion are set forth in a contemporaneously filed memorandum of law, and incorporated as though fully set forth herein.

Date: May 31, 2022

      */s/ Andrew L. Cole*
Andrew L. Cole, Fed. Bar No. 14865
Cole Schotz P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 528-2980
acole@coleschotz.com

Aaron Davidson (*pro hac vice*)
Cole Schotz P.C.
901 Main Street, Suite 4120
Dallas, TX 75202
(469) 557-9390
adavidson@coleschotz.com

Elizabeth Carbone (*pro hac vice*)
Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
(201) 489-3000
ecarbone@coleschotz.com

*Attorneys for Sirius Signal, L.L.C., Anthony Covelli, Robert Simons, Jr., TekTite Industries, Inc., Scott Mele and EMLinQ LLC*

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on this 31st day of May, 2022, a copy of the foregoing, together with all exhibits and attachments, was served *via* CM/ECF upon all registered users who have entered an appearance in this action, including:

>J. Stephen Simms, Esq.
>Simms Showers LLP
>201 International Circle, Suite 230
>Baltimore, MD 21030
>
>Peter R. Bray, Esq.
>Geoffrey T. Bray, Esq.
>Bray & Bray, L.L.C.
>100 Misty Lane
>Parsippany, NJ 07054-2710
>
>Rita C. Chipperson, Esq.
>Kevin M. Curran, Esq.
>Chipperson Law Group, P.C.
>163 Madison Avenue
>Suite 220-40
>Morristown, NJ 07960

>*/s/ Andrew L. Cole*
>Andrew L. Cole