IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| SIRIUS SIGNAL, L.L.C., | * | |
| PLAINTIFF, | * | |
| v. | * | CASE NO. **1:19-CV-02330-RDB** |
| WEEMS & PLATH, LLC, | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| WEEMS & PLATH, LLC, | * |
| COUNTER-PLAINTIFF, | * |
| v. | * |
| ANTHONY COVELLI *et al.*, | * |
| COUNTER-DEFENDANTS. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

Exhibit 16, which is an attachment to Counter-Defendants Sirius Signal, L.L.C., Anthony Covelli, Robert Simons, Jr., TekTite Industries, Inc. and Scott Mele's Motion for Summary Judgment, will be electronically filed under seal within 24 hours of the filing of this Notice. I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email, by agreement of counsel upon:

> J. Stephen Simms, Esq.
> Simms Showers LLP
> 201 International Circle, Suite 230
> Baltimore, MD 21030

Peter R. Bray, Esq.
Geoffrey T. Bray, Esq.
Bray & Bray, L.L.C.
100 Misty Lane
Parsippany, NJ 07054-2710

Rita C. Chipperson, Esq.
Kevin M. Curran, Esq.
Chipperson Law Group, P.C.
163 Madison Avenue
Suite 220-40
Morristown, NJ 07960

Date: May 31, 2022

    */s/ Andrew L. Cole*
Andrew L. Cole, Fed. Bar No. 14865
Cole Schotz P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 528-2980
acole@coleschotz.com

Aaron Davidson (*pro hac vice*)
Cole Schotz P.C.
901 Main Street, Suite 4120
Dallas, TX 75202
(469) 557-9390
adavidson@coleschotz.com

Elizabeth Carbone (*pro hac vice*)
Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
(201) 489-3000
ecarbone@coleschotz.com

*Attorneys for Sirius Signal, L.L.C., Anthony Covelli, Robert Simons, Jr., Tektite Industries, Inc., Scott Mele and EMLinQ LLC*