# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| **SIRIUS SIGNAL, L.L.C.**,<br><br>    **Plaintiff,**<br><br>v.<br><br>**WEEMS & PLATH, LLC,**<br><br>    **Defendant,**<br><br>---<br><br>**WEEMS & PLATH, LLC,**<br><br>    **Counter-Plaintiff,**<br><br>v.<br><br>**ANTHONY COVELLI, ET AL.,**<br><br>    **Counter-Defendants.** | **CASE NO. 1:19-CV-02330-RDB** |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

Exhibit M to Defendant / Counter-Plaintiff Weems & Plath LLC's Opposition to Plaintiff / Counter-Defendants' Motion *in Limine* to Exclude Testimony will be electronically filed under seal within 24 hours of this Notice.

I certify that at the time of filing this Notice, a copy of the document identified herein will be served by imaged e-mail, by agreement of the parties, upon the following:

>   Andrew L. Cole, Esq.
>   Cole Schotz P.C.
>   300 E. Lombard Street, Suite 1450
>   Baltimore, MD 21202
>   acole@coleschotz.com
>
>   Aaron Davidson, Esq.
>   Cole Schotz P.C.
>   901 Main Street, Suite 4120
>   Dallas, TX 75202

adavidson@coleschotz.com

Elizabeth Carbone, Esq.
Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
ecarbone@coleschotz.com

Dated: June 21, 2022

        Respectfully submitted,

        /s/ J. Stephen Simms
        J. Stephen Simms (#4269)
        Simms Showers LLP
        201 International Circle, Suite 230
        Baltimore, Maryland 21030
        410-783-5795
        410-510-1789 (fax)
        jssimms@simmsshowers.com

        Peter R. Bray, Esq. (*Pro Hac Vice*)
        BRAY & BRAY, L.L.C.
        100 Misty Lane
        Parsippany, New Jersey 07054-2710
        Telephone No.: 973-739-9600
        Facsimile No.: 973-739-9696

        Rita Chipperson, Esq (*Pro Hac Vice)*
        Chipperson Law Group PC
        1250 Broadway 36th Fl.
        New York, NY 10001
        973-845-9071
        973-845-1676 (fax)
        rcc@chippersonlaw.com

        *Attorneys for Counter-Plaintiff,*
        *Weems & Plath, LLC*