IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| SIRIUS SIGNAL, L.L.C., | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO. <u>1:19-CV-02330-RDB</u> |
| WEEMS & PLATH, LLC, | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| WEEMS & PLATH, LLC, | * | |
| COUNTER-PLAINTIFF, | * | |
| V. | * | |
| ANTHONY COVELLI *et al.*, | * | |
| COUNTER-DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND PROPOSED ORDER PURSUANT TO LOCAL RULE 111

Plaintiff Sirius Signal, L.L.C., counter-defendants Anthony Covelli, Robert Simons, Jr., Scott Mele, Tektite Industries, Inc. and EMLinQ LLC (collectively the "Counter-Defendants") and Defendant/Counter-Plaintiff Weems & Plath, LLC ("Weems & Plath"), by their respective undersigned counsel, hereby stipulate as follows, subject to approval by the Court:

WHEREAS, the parties have executed a settlement agreement that contemplates the dismissal, with prejudice, of all claims and counterclaims in this action, and in the three pending actions that are consolidated with this action;

WHEREAS, there are certain funds held in the Court's Registry in connection with this case (the "Registry Funds"); and

WHEREAS, the parties anticipate that stipulations of dismissal, as well as a stipulation regarding the disposition of the Registry Funds will be filed on or before September 9, 2022;

NOW THEREFORE, the Parties stipulate and agree, subject to the Court's approval, that:

1. This case, and all cases consolidated with it, are dismissed, without prejudice to the right of any party to move for good cause to reopen it within 60 days if the settlement is not consummated, with each party to bear its fees and costs;

2. The Registry Funds shall remain in the Court's Registry pending stipulation of the parties and/or further Order of Court;

| | |
|---|---|
| /s/ | /s/ |
| J. Stephen Simms (#4269) | Andrew L. Cole, Fed. Bar No. 14865 |
| Simms Showers LLP | Cole Schotz P.C. |
| 201 International Circle, Suite 230 | 300 E. Lombard Street, Suite 1450 |
| Baltimore, Maryland 21030 | Baltimore, MD 21202 |
| 410-783-5795 | (410) 528-2980 |
| 410-510-1789 (fax) | acole@coleschotz.com |
| jssimms@simmsshowers.com | |
| | Aaron Davidson (*pro hac vice*) |
| Peter R. Bray, Esq. (*Pro Hac Vice*) | Cole Schotz P.C. |
| BRAY & BRAY, L.L.C. | 901 Main Street, Suite 4120 |
| 100 Misty Lane | Dallas, TX 75202 |
| Parsippany, New Jersey 07054-2710 | (469) 557-9390 |
| Telephone No.: 973-739-9600 | adavidson@coleschotz.com |
| Facsimile No.: 973-739-9696 | |
| | Elizabeth Carbone (*pro hac vice*) |
| Rita Chipperson, Esq. (*Pro Hac Vice*) | Cole Schotz P.C. |
| Chipperson Law Group PC | Court Plaza North |
| 1250 Broadway 36th Fl. | 25 Main Street |
| New York, NY 10001 | Hackensack, NJ 07601 |
| 973-845-9071 | (201) 489-3000 |
| 973-845-1676 (fax) | ecarbone@coleschotz.com |
| *Attorneys for Weems & Plath, LLC* | *Attorneys for Sirius Signal, L.L.C., Anthony Covelli, Robert Simons, Jr., Tektite Industries, Inc., Scott Mele and EMLinQ LLC* |

/s/                                                  8/19/2022
The Honorable Richard D. Bennet            Date
United States District Judge

60005/0001-43651302v1